# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

MDL No. <u>2843</u>     & Title - **IN RE**: <u>Facebook, Inc., Consumer Privacy User Profile Litigation</u>

Second Amended <b>NOTICE OF APPEARANCE</b>

(Appearances should only be entered in compliance with Rule 4.1(c).

**PARTIES REPRESENTED (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)**

See attached List of Parties Represented

**SHORT CASE CAPTION(s) (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) NOTE: Include only actions in which you are entering an Appearance.**

See attached List of Actions

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| 04/25/2018 | /s/ Mark Scarsi |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:** Mark Scarsi
Milbank, Tweed, Hadley & McCloy LLP
2029 Century Park East 33rd Fl., Los Angeles CA 90067

Telephone No.: (424) 386-4580     Fax No.: (213) 892-4780

Email Address: mscarsi@milbank.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.)

The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.

2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (N ote: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

## **List of Actions**

1. Cambridge Analytica (UK) Ltd.

2. Cambridge Analytica Commercial LLC

3. Cambridge Analytica LLC

4. Cambridge Analytica Political LLC

5. SCL Elections Limited

6. SCL Group Ltd.

7. SCL USA Inc.

## List of Actions

1. *O'Hara et al. v. Facebook, Inc. et al.*, C.D. Cal. Case No. 8:18-cv-00571
2. *Redmond et al. v. Facebook, Inc. et al.*, D. Del. Case No. 1:18-cv-00531
3. *Malskoff et al. v. Facebook, Inc., et al.*, D.N.J. Case No. 2:18-cv-04451
4. *Williams v. Facebook, Inc. et al.*, N.D. Ala. Case No. 2:18-cv-00535
5. *Price v. Facebook, Inc. et al.,* N.D. Cal. Case No. 3:18-cv-01732
6. *Rubin v. Facebook, Inc. et al*, N.D. Cal. Case No. 3:18-cv-01852
7. *Gennock v. Facebook, Inc. et al.*, N.D. Cal. Case No. 3:18-cv-01891
8. *O'Kelly v. Facebook, Inc. et al.*, N.D. Cal. Case No. 3:18-cv-01915
9. *Beiner et al. v. Facebook, Inc. et al.*, N.D. Cal. Case No. 3:18-cv-01953
10. *Haslinger v. Facebook, Inc. et al.*, N.D. Cal. Case No. 3:18-cv-01984
11. *Picha v. Facebook, Inc. et al.*, N.D. Cal. Case No. 3:18-cv-02090
12. *King v. Facebook, Inc. et al.*, N.D. Cal. Case No. 3:18-cv-02276
13. *Kooser et al. v. Facebook, Inc. et al.*, N.D. Cal. Case No. 4:18-cv-02009
14. *Labajo v. Facebook, Inc. et al.*, N.D. Cal. Case No. 4:18-cv-02093
15. *Comforte et al. v. Cambridge Analytica et al.*, N.D. Ill. Case No. 1:18-cv-02120
16. *People of the State of Illinois v. Facebook, Inc. et al.*, N.D. Cal. Ill. 1:18-cv-02667
17. *Lodowski v. Facebook, Inc., et al.*, S.D. Tex. Case No. 4:18-cv-00907